# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-1436
_____

MILTON DEVINE,

    Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 22, 2021

PER CURIAM.

The Court denies the petition for writ of certiorari on the merits. *See Topps v. State*, 865 So. 2d 1253, 1258 (Fla. 2004) (explaining that a decision on an extraordinary writ petition that "clearly shows that the issue was considered by the court on the merits" is deemed a decision "which would later bar the litigant from presenting the issue under the doctrines of res judicata or collateral estoppel").

LEWIS, MAKAR, and BILBREY, JJ., concur.

––––––––––––––––––––––––––––

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

––––––––––––––––––––––––––––

Milton Devine, pro se, Petitioner.

Lance Eric Neff, General Counsel, and Beverly Brewster, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.